SESSIONS & KIMBALL LLP
STEPHEN C. KIMBALL, State Bar No. 152537
MELISSA A. PETROFSKY, State Bar No. 251806
23456 Madero, Suite 170
Mission Viejo, CA 92691
Tel:  949.380.0900
Fax:  949.380.8283
e-mail:  sck@job-law.com
          map@job-law.com

JS-6

Attorneys for Plaintiff
LIANNE CRAGNELL

MORGAN, LEWIS & BOCKIUS LLP
ANNE M. BRAFFORD, State Bar No. 237574
SARAH DRECHSLER, State Bar No. 223820
5 Park Plaza, Suite 1750
Irvine, CA  92614
Tel:  949.399.7000
Fax:  949.399.7001
e-mail: abrafford@morganlewis.com
          sdrechsler@morganlewis.com

Attorneys for Defendant
ARAMARK SPORTS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| LIANNE CRAGNELL, an individual,<br><br>                Plaintiff,<br><br>v.<br><br><br>ARAMARK SPORTS, LLC; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. SACV11-407 DOC (RNBx)<br><br>*Assigned to Honorable David O. Carter*<br><br>**ORDER TO DISMISS CLAIMS WITH PREJUDICE**<br><br>**[Filed Concurrently with Joint Stipulation of Dismissal with Prejudice]**<br><br>Complaint Filed: January 25, 2011<br><br>Trial Date: March 27,2012 |

1
**ORDER TO DISMISS CLAIMS WITH PREJUDICE**

1

## ORDER

2    UPON REVIEW OF THE FOREGOING MATTERS, IT IS HEREBY

3  ORDERED, ADJUDGED AND DECREED as follows:

4

5    The instant action is hereby, dismissed with prejudice, with each party to

6  bear their own costs and attorneys' fees.

7

8

9  IT IS SO ORDERED

10

11

12  Dated:  December 19, 2011

*David O. Carter*

13  **Hon. DAVID O. CARTER**
U.S. District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER TO DISMISS CLAIMS WITH PREJUDICE**