| | |
|---|---|
| 1 | SESSIONS & KIMBALL LLP |
| | STEPHEN C. KIMBALL, State Bar No. 152537 |
| 2 | MELISSA A. PETROFSKY, State Bar No. 251806 |
| | 23456 Madero, Suite 170 |
| 3 | Mission Viejo, CA 92691       JS-6 |
| | Tel:  949.380.0900 |
| 4 | Fax:  949.380.8283 |
| | e-mail: sck@job-law.com |
| 5 |          map@job-law.com |
| 6 | Attorneys for Plaintiff |
| | LIANNE CRAGNELL |
| 7 | |
| 8 | MORGAN, LEWIS & BOCKIUS LLP |
| | ANNE M. BRAFFORD, State Bar No. 237574 |
| 9 | SARAH DRECHSLER, State Bar No. 223820 |
| | 5 Park Plaza, Suite 1750 |
| 10 | Irvine, CA  92614 |
| | Tel:  949.399.7000 |
| 11 | Fax:  949.399.7001 |
| | e-mail: abrafford@morganlewis.com |
| 12 |          sdrechsler@morganlewis.com |
| 13 | Attorneys for Defendant |
| | ARAMARK SPORTS, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| LIANNE CRAGNELL, an individual, | Case No. SACV11-407 DOC (RNBx) |
| | *Assigned to Honorable David O. Carter* |
| Plaintiff, | |
| v. | **ORDER TO DISMISS CLAIMS WITH PREJUDICE** |
| | **[Filed Concurrently with Joint Stipulation of Dismissal with Prejudice]** |
| ARAMARK SPORTS, LLC; and DOES 1 through 50, inclusive, | |
| | Complaint Filed: January 25, 2011 |
| Defendants. | Trial Date: March 27, 2012 |

1

**ORDER TO DISMISS CLAIMS WITH PREJUDICE**

# ORDER

UPON REVIEW OF THE FOREGOING MATTERS, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

The instant action is hereby, dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED

Dated: December 19, 2011

_____
**Hon. DAVID O. CARTER**
U.S. District Court Judge